B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Wisconsin

In re  Richard Brewer and Darlene Brewer,
Debtor

Case No. 14-10033-rdm

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Bank of America, N.A.

Court claim no. (if known): 6-1

Last four digits of any number you use to identify the debtor's account: 3 3 7 2

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____ mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 5/14/2014 | (5) | $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Attorney fees-Plan Review | 4/10/2014 | (11) | $ 250.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 322(b)(5) and Bankruptcy Rule 3002.1.

B 10S2 (Supplement 2) (12/11)                                                                                                                                  Page 2

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _[signature]_      Date 9/10/14
Signature                                                                                  mm/dd/yyyy

**Print:** Jay Pitner                                               Title Attorney
       First Name        Middle Name        Last Name

**Company** Gray & Associates, L.L.P.

**Address** 16345 West Glendale Drive
              Number          Street
              New Berlin, WI 53151-2841
              City                       State         ZIP Code

**Contact phone** (414) 224-8404                        Email    bknotices@gray-law.com

B 10 (Supplement 2) (12/11)      Page 3

## ATTACHMENT TO SUPPLEMENTAL PROOF OF SECURED CLAIM

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

# UNITED STATES BANKRUPTCY COURT

**Notice to Borrower**

Upon written request, you are entitled to the following information:
   A. A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present
   B. A copy of the promissory note or lost note affidavit where applicable
   C. The name of the investor that holds the loan
   D. If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclose under applicable state law.

To obtain this information, submit a written request to:

BAC BK Borrower Information Requests
P.O. Box 940518
Simi Valley, CA 93094-0518

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

IN RE
Richard O. Brewer and Darlene J. Brewer

Debtors.

Chapter: 13

Case No. 14-10033-rdm

**AFFIDAVIT OF SERVICE**

STATE OF WISCONSIN    )
                      )ss
WAUKESHA COUNTY       )

Stephanie E Weber, being first duly sworn on oath deposes and says that I am an employee of the firm of Gray & Associates, L.L.P., attorneys for creditor identified herein, and that on the 10th day of September, 2014, I electronically filed the annexed Notice of Post Petition Fees and that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

Richard Brewer
5534 W. Arroyo Ct.
Janesville, WI 53545

Darlene Brewer
5534 W. Arroyo Ct.
Janesville, WI 53545

Mark Harring Trustee
131 W Wilson St Ste 1000
Madison, WI 53703-3260

Western District U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

John W. Peterson
PO Box 1108
Williams Bay, WI 53191-1108

Dated this 10th day of September, 2014.

Stephanie E Weber, Bankruptcy Analyst

Subscribed and sworn to before me
this 10th day of September, 2014.

Kathleen C. Kaschak, Notary Public
State of Wisconsin
My commission expires: 05/16/2017.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.