**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 29, 2015**

**Hon. Robert D. Martin**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re: Richard & Darlene Brewer                    Bankruptcy No. 14-10033-13

ORDER OF DISMISSAL

The Motion of Trustee Mark Harring, party in interest, requesting this court to dismiss the Chapter 13 proceedings herein, having been filed, and the required notice having been given, and it appearing that cause does exist for dismissal of said case, in that debtor has materially defaulted under its Chapter 13 Plan, and that the best interests of the creditors and the estate will be served by dismissal.

IT IS ORDERED that pursuant to 11 USC 1307 (c), the proceedings herein are hereby dismissed.

IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing.  Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###